IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| DAVID B. STRICKLAND, JR., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. G-06-025 |
| | § | |
| HORIZON MARITIME, L.L.C., | § | |
| | § | |
| Defendant. | § | |

**ORDER**

This case arises out of injuries sustained by David B. Strickland, Jr. ("Plaintiff") while employed by Defendant Horizon Maritime, L.L.C. ("Horizon") and working aboard a Horizon hot oil tank barge.[1] On April 4, 2006, Horizon filed its Motion to Transfer Venue. Ostensibly, the Motion requests that this case be transferred to the Houston Division of the Southern District of Texas pursuant to 28 U.S.C. § 1404. However, Horizon spends half of its Brief in support of its Motion explaining to the Court that this case should in fact be transferred to the Eastern District of Louisiana, claiming that the "Plaintiff and Defendant are residents of Louisiana," "the crew witnesses reside in the New Orleans area," and that the "alleged wrong occurred in the New Orleans, Louisiana area." The Brief also makes material factual errors with respect to the timeline of this lawsuit, claiming that the Status Conference was held in September 2005 when this case was not in fact filed until January 18, 2006. While it would appear that Horizon most likely wants this case

---

[1]The Court does not consider this Order worthy of publication. Accordingly, it has not requested and does not authorize publication.

transferred to the Houston Division, given the fact that the Brief makes absolutely no factual sense, the Court cannot in good faith make an informed judgment as to the requested relief.[2]  For those reasons, Horizon's Motion is respectfully **DENIED**.  This decision is based solely on the inconsistent and confusing nature of Horizon's Brief, and has nothing to do with the merits of the Motion to Transfer Venue.  Horizon is given leave to re-file a more coherent and consistent Motion to Transfer Venue.

**IT IS SO ORDERED**.

**DONE** this 26th day of April, 2006, at Galveston, Texas.

_____
Samuel B. Kent
United States District Judge

---

[2] Indeed, this appears to be a "cut and paste" submission prepared not by competent counsel, but Edward Scissorhands.